UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
OPPENHEIMER & CO. INC., :
:
                Plaintiff, :
:
- against - :   Civil Action No.: 1:24-cv-5865-JLR
:
RCM LIVING HOLDINGS, LLC., :
:
                Defendant. :
:
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Oppenheimer & Co. Inc. ("Plaintiff") hereby gives notice that this action is voluntarily dismissed without prejudice. Defendant RCM Living Holdings, LLC has not served an answer or response to the Complaint in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See*, Fed. R. Civ. P. 41(a)(1)(B).

Dated: August 21, 2024
       New York, New York

                                                Respectfully submitted,

                                                 By: _/s/ Walter A. Saurack_
                                                     Walter A. Saurack
                                                     Nelson M. Stewart
                                           Duane Morris LLP
                                           230 Park Avenue, Suite 1130
                                           New York, New York 10169
                                           (212) 404-8703
                                           Email: wasaursack@duanemorris.com
                                                        nmstewart@duanemorris.com

*Attorneys for Plaintiff Oppenheimer & Co. Inc.*